1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3
4  PAUL CONNES,                                                         C 08-00663 PVT

5          *Plaintiff(s)*,
                                                                         **CLERK'S NOTICE RESCHEDULING**
                                                                         **CASE MANAGEMENT CONFERENCE**
6
7  *vs.*

8  STATE OF CALIFORNIA,

9          *Defendant(s).*

10
11     Please take notice that the Case Management Conference previously scheduled for

12  June 3, 2008 has been rescheduled for **August 12, 2008 at 2:00 p.m.** before Magistrate

13  Patricia V. Trumbull**.**    Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse,

14  280 South First Street, San Jose, California.

15                                                        /s/ Corinne Lew
    Dated: June 3, 2008
16                                                        Corinne Lew
                                                          DEPUTY CLERK
17
18
19
20
21
22
23
24
25
26
27
28