UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 8/12/08

Court Reporter: FTR          Clerk: Corinne Lew

Case No: C 08-00663 PVT      Case Title: Paul Connes   v.  State of California

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Stephen J. Usoz | No Appearance |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery
                        [ ] Settlement   [ ] Final
                        [ ] Other        **[X] Case Management Conference**

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted          [ ] Settled

[ ] Denied             [ ] Briefs to be filed [ ] Not Settled

[ ] Granted in part, denied in part           [ ] Off Calendar

[ X ] Further Case Management Conference set for 10/7/08 at 2:00 p.m.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff      [ ] Defendant      [ X ] Court      [ ] Court w/opinion