UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL CONNES, ) | Case No.: C 08-00663 PVT |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| STATE OF CALIFORNIA, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On August 12, 2008, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the Case Management Statement of plaintiff Paul Connes, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to October 7, 2008 at 2:00 p.m.

Dated: *August 13, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

ORDER, *page 2*