1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:    (415) 703-5382
    Facsimile:    (415) 703-5480
6   Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendants
   Susan Addleman and Talmadge Clark
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  **PAUL CONNES, an individual,**               Case No. C 08-00663-PVT

13                             Plaintiff,    **DECLINATION TO PROCEED
                                             BEFORE A MAGISTRATE
14         v.                                JUDGE AND REQUEST FOR
                                             REASSIGNMENT TO A
15  **STATE OF CALIFORNIA-CALIFORNIA          UNITED STATES DISTRICT
    HIGHWAY PATROL; OFFICER T. CLARK,         JUDGE**
16  an individual; OFFICER S. ADDLEMAN, an
    individual,**                            The Honorable Patricia V. Trumbull
17
                             Defendants.
18

19       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

20       The undersigned party hereby declines to consent to the assignment of this case to a United

21  States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this

22  case to a United States District Judge.

23       Dated:  August 25, 2008.        Respectfully submitted,

24                                        EDMUND G. BROWN JR.
                                          Attorney General of the State of California
25                                        PAUL T. HAMMERNESS
                                          Supervising Deputy Attorney General
26
                                          */s/ Jennifer C. Addams*
27  20135292.wpd                          JENNIFER C. ADDAMS
    SF2008200502                          Deputy Attorney General
28                                        Attorneys for Defendants