1  LESLIE HOLMES, SBN 192608
   HOGAN HOLMES & USOZ LLP
2  333 West Santa Clara Street, Suite 800
   San Jose, California 95113
3  Telephone: (408) 292-7600

4  Attorneys for Plaintiff
   PAUL CONNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CONNES, an individual; | Case No. C - 08-00663 RMW |
| Plaintiff, | |
| v. | RE-NOTICE OF PETITION FOR RELIEF FROM GOVERNMENT TORT CLAIM REQUIREMENTS |
| STATE OF CALIFORNIA, DIVISION OF THE CALIFORNIA HIGHWAY PATROL; OFFICER T. CLARK, an individual; OFFICER S. ADDLEMAN, and individual; and DOES 1 through 10, inclusive, | Date: October 17, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Honorable Ronald M. Whyte |
| Defendants. | |

PLEASE TAKE NOTICE that the hearing on Paul Connes ("Connes") Petition for Relief from Government Tort Claim Requirements, originally set for hearing on September 30, 2008 before the Honorable Patricia V. Trumbull, has been reset due to the reassignment of the case and by agreement of counsel for the parties to Friday, October 17, 2008, at 9:00 a.m., in Courtroom 6 of the above-captioned Court, located at 280 South First Street, San Jose, before the Honorable Ronald M. Whyte, presiding.

Dated: September 5, 2008                    HOGAN HOLMES & USOZ LLP

                                            s/_____
                                            LESLIE HOLMES