**United States District Court**
For the Northern District of California

1

2

3

4                                                    **E-FILED on**   10/20/2008

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

| | |
|---|---|
| 12  PAUL CONNES, | No. C-08-00663 RMW |
| 13          Plaintiff, | |
| 14       v. | ORDER GRANTING PLAINTIFF'S |
| | PETITION FOR RELIEF FROM |
| 15  STATE OF CALIFORNIA, DIVISION OF | GOVERNMENT TORT CLAIM |
| THE CALIFORNIA HIGHWAY PATROL, | REQUIREMENTS |
| 16  OFFICER T. CLARK, OFFICER S. | |
| ADDLEMAN, | **[Re Docket No. 9]** |
| 17 | |
| 18          Defendants. | |

19

20      As discussed in the hearing, the court grants Connes's petition for relief from California tort

21  claim requirements.

22

23                                        _Ronald M Whyte_

24  DATED:        10/20/2008              _____
                                         RONALD M. WHYTE
25                                       United States District Judge

26

27

28

ORDER GRANTING PLAINTIFF'S PETITION FOR RELIEF FROM GOVERNMENT TORT CLAIM REQUIREMENTS
No. C-08-00663 RMW
CEA

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Leslie Holmes            lholmes@hoganlaw.com
   Stephen J. Usoz          susoz@hoganlaw.com
4

5  **Counsel for Defendants:**

6  Jennifer C. Addams        jennifer.addams@doj.ca.gov

7

8  Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.

9

10 **Dated:**     10/20/2008                         TSF
                                            **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S PETITION FOR RELIEF FROM GOVERNMENT TORT CLAIM REQUIREMENTS
No. C-08-00663 RMW
CEA                                              2