E-Filed on  4/14/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL CONNES,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, DIVISION OF THE CALIFORNIA HIGHWAY PATROL, OFFICER T. CLARK, OFFICER S. ADDLEMAN,<br><br>  Defendants. | No. C-08-00663 RMW<br><br>JUDGMENT |

On April 10, 2009, the court granted summary judgment in favor of defendants Clark and Addleman. The court previously dismissed the claims against the State of California County as barred by the Eleventh Amendment.

IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendants.

DATED:  4/13/09

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Leslie Holmes                lholmes@hoganlaw.com
Stephen J. Usoz           susoz@hoganlaw.com

**Counsel for Defendants:**

Jennifer C. Addams        jennifer.addams@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  4/14/09                                                                      TER
                                                                                  **Chambers of Judge Whyte**